**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00109-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW L. KOLACZOWSKI,

    Defendant.

_____

**ORDER SETTING HEARING**
_____

    This matter comes before the Court *sua sponte* as a result of the transfer of this criminal case to this Court from the U.S. District Court for the District of Nebraska. In order to properly posture this matter for further proceedings in this District, after consultation with the Magistrate Judge, it is hereby ORDERED:

    1.    That a hearing is set before Magistrate Judge Kristen L. Mix in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, on Friday, April 18 at 1:30 p.m.

    2.    At that hearing, a financial affidavit will be obtained from the Defendant and counsel appointed.

    3.    At that hearing, the Magistrate Judge may review any bond conditions for consistency with the requirements or needs of this District.

4. The U.S. Attorney's Office is not required to attend this hearing but may contact the Magistrate Judge's Chambers at 303-335-2770 to arrange for telephonic attendance if the Government wishes to attend.

5. Prior Nebraska defense counsel is not required to attend this hearing.

6. Mr. Kolaczowski is required to attend.

7. Following completion of the matters described above, this Court will set a Status Conference in this matter at a date to be determined.

DATED this 10th day of April, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge