IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-cr-00109-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MATTHEW L. KOLACZOWSKI,

    Defendant.

---

ORDER

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on February 18, 2015, it is hereby

ORDERED that Defendant, Matthew L. Kolaczowski, is sentenced to **TIME SERVED.**

Dated:   February 18, 2015.

                                    BY THE COURT:

                                    s/ Raymond P. Moore
                                    RAYMOND P. MOORE,
                                    UNITED STATES DISTRICT JUDGE